JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 442 -- IN RE OCEAN SHIPPING CIVIL INVESTIGATIVE DEMANDS LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/08/15 | 1 | MOTION, BRIEF, FACTUAL AVERMENTS, CERT. OF SVC. -- Australia/Eastern U.S.A. Shipping Conference, et al. for transfer of A-1 through A-7. Suggested Transferee District - D.C. Suggested Judge - (ds) |
| 80/08/21 | 2 | AMMENDMENT TO MOTION -- Australia/Eastern U.S.A. Shipping Conference, et al. -- to include A-8 General Steamship Corporation v. U.S.A., et al. w/Cert. of Svc. (ds) |
| 80/08/21 | | HEARING ORDER -- Setting A-1 thru A-7 for hearing on Sept. 25, 1980 in Nashville, Tenn. (ea) |
| 80/08/21 | | AMENDMENT TO HEARING ORDER -- setting A-8 for hearing on Sept. 25, 1980 in Nashville, Tenn. (ea) |
| 80/08/25 | | APPEARANCES -- Mahoney for Associated Container Transportation (Australia) LTD. (A-1); XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX Inc.; (A-3) Miller for Hamburg-Sudamerikanische Dampfschiffahrts-Gesellschaft, d/b/a/ Columbus Line; (A-4, A-5 and A-8) Fawcett for General Steamship Corp., Pacific Australia-New Zealand Conference and Bakke Steamship Corp.; (A-6) Sher for Australia/Eastern U.S.A. Shipping Conference, et al.; and (A-7) Farmer for Brostrom Shipping Co., Inc. |
| 80/08/28 | 3 | RESPONSE - Farrell Lines, Inc. w/Cert. of Svc. (ds) |
| 80/08/29 | 4 | RESPONSE -- Hamburg-Sudamerikanishe Dampfchiffahrts-Gesellschaft, Eggert & Amsinck d/b/a/ Columbus Line -- w/cert. of service (emh) |
| 80/08/29 | 5 | RESPONSE -- U.S.A. w/exhibit & cert of svc. (rew) |
| 80/08/29 | 6 | RESPONSE, CERT. OF SVC. -- Pacific/Australia-New Zealand Conference, Bakke Steamship Corp. and General Steamship Corp. (ea) |
| 80/08/29 | 7 | RESPONSE, CERT. OF SVC. -- Associated Container Transport (Australia) Ltd. ("ACT"). (ea) |
| 80/09/10 | 8 | LETTER w/copy of stipulation (referred to in paragraph 23 of Pldg. No. 5) -- w/cert. of serv.(cds) |
| 80/09/11 | 9 | REPLY -- Australia/Eastern U.S.A. Shipping Conference, et al. -- w/Exhibits A and B and cert. of service (cds) |

JPML FORM 1A - Continuation                          DOCKET ENTRIES -- p._____

DOCKET NO. ____ -- _____

| Date | Ref | Pleading Description |
|---|---|---|
| 80/09/23 | | HEARING APPEARANCES: STANLEY O. SHER, ESQ. for Australia/Eastern U.S.A. Shipping Conference, etc.; JOHN J. REILLY, ESQ. For Hamburg-Sudamerikanische; F. CONGER FAWCETT, ESQ. for Pacific/Australia-New Zealand Conference, etc.; JOHN R. MAHONEY, ESQ. for ~~PACIFIC/AUSTRALIA~~ Associated Container Transportation; ROGER W. FONES, ESQ. for U.S.A.   (cds) |
| 80/09/23 | | WAIVER OF ORAL ARGUMENT: Farrell Lines, Inc.  (cds) |
| 80/10/02 | | ORDER DENYING TRANSFER of litigation pursuant to 28 U.S.C. §1407.  (emh) |

JPML Form 1
Revised: 8/78

DOCKET NO. 442 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE OCEAN SHIPPING CIVIL INVESTIGATIVE DAMANDS LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Sept. 25, 1980 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/2/80 | MO (Denied) | Unpublished | | | |

Special Transferee Information

DATE CLOSED: OCT 2 1980

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 442 -- IN RE OCEAN SHIPPING CIVIL INVESTIGATIVE Demands LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Associated Container Transportation (Australia) Ltd. v. U.S.A., et al. | S.D.N.Y. Brieant | 80-CIV-4291CLB | | | | OCT 2 1980 |
| A-2 | Farrell Lines Inc. v. U.S.A., et al. | S.D.N.Y. Brieant | 80-CIV-4307CLB | | | | OCT 2 1980 |
| A-3 | Hamburg-Sudamerikanische Dampfschiffahrts-Gesellschaft, d/b/a Columbus Line v. U.S.A., et al. | S.D.N.Y. Brieant | 80-CIV-4326CLB | | | | OCT 2 1980 |
| A-4 | Pacific/Australia-New Zealand Conference v. U.S.A., et al. | N.D.Ca. Schwarzer | 80-3106WWS | | | | OCT 2 1980 |
| A-5 | Bakke Steamship Corp. v. U.S.A., et al. | N.D.Ca. Schnacke | 80-3105RHS | | | | OCT 2 1980 |
| A-6 | Australia/Eastern U.S.A. Shipping Conference, et al. v. U.S.A., et al. | D.D.C. Green | 80-1830 | | | | OCT 2 1980 |
| A-7 | Brostrom Shipping Co., Inc. v. U.S.A., et al. | D.D.C. Green | 80-2050 | | | | OCT 2 1980 |
| A-8 | General Steamship Corp. v. U.S.A., et al. | N.D.Cal. Weigel | C-80-3382 SAW | | | | OCT 2 1980 Mot.Fild 8/21/80 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 442 -- IN RE OCEAN SHIPPING CIVIL INVESTIGATIVE DEMANDS LITIGATION

---

ASSOCIATED CONTAINER TRANSPORTATION (AUSTRALIA) LTD. (A-1)
John R. Mahoney, Esq.
Burlingham Underwood & Lord
One Battery Park Plaza
New York, New York 10004

FARRELL LINES INCORPORATED (A-2)
John S. McGeeney, Esq.
Cummings & Lockwood
One Atlantic Street
Stamford, CT 06904

HAMBURG-SUDAMERIKANISCHE DAMPFSCHIFFAHRTS-GESELLSCHAFT, d/b/a COLUMBUS LINE (A-3)
Sanford C. Miller, Esq.
Haight, Gardner, Poor & Havens
One State Street Plaza
New York, New York 10004

GENERAL STEAMSHIP CORP. (A-8)
PACIFIC AUSTRALIA-NEW ZEALAND CONF. (A-4)
BAKKE STEAMSHIP CORP. (A-5)
F. Conger Fawcett, Esq.
Graham & James
One Maritime Plaza
San Francisco, CA 94111

AUSTRALIA/EASTERN U.S.A. SHIPPING CONFERENCE, ET AL. (A-6)
Stanley O. Sher, Esq.
Billig, Sher & Jones, P.C.
2033 K. Street, N.W.
Washington, D.C. 20006

BROSTROM SHIPPING CO., INC. (A-7)
Donald A. Farmer, Esq.
Galland, Kharasch, Calkins & Short
Canal Square
1054 Thirty-First Street, N.W.
Washington, D.C. 20007

UNITED STATES OF AMERICA
SANFORD M. LITVACK
Roger W. Fones, Esq.
P.O. Box 481
Washington, D.C. 20044

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 442 -- IN RE OCEAN SHIPPING CIVIL INVESTIGATIVE DEMANDS LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| U.S.A. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8 |
| SANFORD M. LITVACK | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8 |
| ROGER W. FONES | A-2 |