JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 442

OCT -2 1980

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PATRICIA D. HOWARD
CLERK OF THE PANEL

10/2/80

IN RE OCEAN SHIPPING CIVIL INVESTIGATIVE DEMANDS LITIGATION

ORDER DENYING TRANSFER

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by plaintiffs in one of the two actions pending in the District of the District of Columbia and listed on the attached Schedule A, for transfer of the actions pending in the Southern District of New York and the Northern District of California to the District of the District of Columbia for coordinated or consolidated pretrial proceedings with the actions pending there.

On the basis of the papers filed and the hearing held, the Panel finds that movants have failed to demonstrate 1) that these actions involve any substantial common questions of fact and 2) that transfer of these actions to a single district pursuant to Section 1407 would necessarily serve the convenience of the parties and witnesses and promote the just and efficient conduct of the actions.

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

Schedule A

MDL-442 -- In Re Ocean Shipping Civil Investigative Demands Litigation

    Southern District of New York

Associated Container Transportation (Australia) Ltd. v. United States of America, et al., C.A. No. 80 Civ 4291 CLB

Farrell Lines Inc. v. United States of America, et al., C.A. No. 80 Civ 4307 CLB

Hamburg-Sudamerikanische Dampfschiffahrts-Gesellschaft, d/b/a Columbus Line v. United States of America, et al., C.A. No. 80 Civ 4326 CLB

    Northern District of California

Pacific/Australia-New Zealand Conference v. United States of America, et al., C.A. No. C80-3106-WWS

Bakke Steamship Corp. v. United States of America, et al., C.A. No. C80-3105-RHS

General Steamship Corporation v. United States of America, et al., C. A. No. C80-3382-SAW

    District of the District of Columbia

Australia/Eastern U.S.A. Shipping Conference, et al. v. United States of America, et al., C.A. No. 80-1830

Brostrom Shipping Co., Inc. v. United States of America, et al., C.A. No. 80-2050